# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Essix Holdings, LLC,                         :
                          Petitioner          :
                                              :
            v.                                :        No.  683 C.D. 2021
                                              :
Michael Dengel                                :
(Workers' Compensation Appeal Board),         :
                          Respondent          :

## PER CURIAM

### O R D E R

AND NOW, this 12th day of May 2022, it is ordered that the above-captioned opinion filed on March 25, 2022, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.